1  Christopher R.A. Morray-Jones, SBN 256726
LAW OFFICES OF C. MORRAY-JONES
2  1611 Telegraph Avenue, Suite 910
Oakland, CA 94612
3  Telephone:  (510) 444-0151
Facsimile:  (510) 444-0150
4  Email:  cm-j@m-jlaw.com

5  Attorney for Plaintiff Jose Bermudez

6  Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN 124491
7  BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
8  Berkeley, CA 94704
Telephone:  (510) 981-6998
9  Facsimile:  (510) 981-6960
Email:  Morebic@ci.berkeley.ca.us

10  Attorneys for Defendants City of Berkeley, Former Officer Roderick Roe, Officer John Jones
11  and Former Chief Douglas Hambleton

12  Ross E. Lampe, SBN 172336
Marcell P. Neri, SBN 258537
13  MURO & LAMPE, INC.
75 Iron Point Circle, Suite 155
14  Folsom, CA 95630
Telephone:  (916) 817-6300
15  Facsimile:  (916) 817-6355

16  Email:  Ross.Lampe@muro-lampe.com, Marcell.Neri@muro-lampe.com

17  Attorneys for Defendants Berkeley Bowl Produce, Inc., Tosha Anderson, and David Craib

18  **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

19  JOSE BERMUDEZ

        Plaintiff,

No.  C10 02893 CW (ADR)

20  v.

21  CITY OF BERKELEY; OFFICER
RODERICK ROE # 81 in his capacity as an
22  individual; OFFICER JOHN JONES # 5 in his
capacity as an individual; FORMER CHIEF
23  OF POLICE DOUGLAS N. HAMBLETON in
his official capacity and in his capacity as an
24  individual; BERKELEY BOWL PRODUCE,
INC.; TOSHA ANDERSON in her capacity as
25  an individual; DAVID CRAIB in his capacity
as an individual; and DOES 1-100,
26

27        Defendants.

**STIPULATION AND ORDER TO ADD
PARTIES TO PROTECTIVE ORDER**

28

The Parties hereby stipulate as follows:

1. On January 14, 2011, this Court issued a Protective Order covering confidential information qualified for protection under standards developed pursuant to Fed. R. Civ. P. 26(c).

2. The said Order was entered pursuant to stipulation by Plaintiff JOSE BERMUDEZ, by, through and together with his attorney CHRISTOPHER R.A.MORRAY-JONES, and Defendants CITY OF BERKELEY, FORMER OFFICER RODERICK ROE, OFFICER JOHN JONES, and FORMER CHIEF OF POLICE DOUGLAS N. HAMBLETON, by, through and together with their attorneys ZACH COWAN, City Attorney, and MATTHEW J. OREBIC, Deputy City Attorney for the City of Berkeley.

3. Clause 11 of the said Order states that "[t]his Order shall apply equally to any Party to this litigation whose attorney agrees in writing to be bound hereby."

4. Defendants BERKELEY BOWL PRODUCE, INC., TOSHA ANDERSON and DAVID CRAIB, by, through and together with their attorneys ROSS E. LAMPE and MARCELL P. NERI, hereby stipulate and agree to be bound by all of the terms and provisions of the said Protective Order without reservation or exception.

5. All Parties named herein, by, through and together with their attorneys, hereby stipulate that the said Protective Order shall apply equally to all of the said Parties and their attorneys.

Dated: January 18, 2011                LAW OFFICES OF C. MORRAY-JONES


                                       By:  /s/ C.R.A. Morray-Jones
                                       CHRISTOPHER R.A. MORRAY-JONES
                                       Attorney for Plaintiff
                                       JOSE BERMUDEZ

1   Dated: January 18, 2011                ZACH COWAN, CITY ATTORNEY

2                                               MATTHEW J. OREBIC, Deputy City Attorney

3

4                                  By:  /s/ Matthew J. Orebic_____

                                   MATTHEW J. OREBIC

5                                      Attorneys for Defendants

                                   CITY OF BERKELEY, FORMER OFFICER

6                                      RODERICK ROE. OFFICER JOHN JONES,

                                   AND FORMER CHIEF DOUGLAS N.

7                                      HAMBLETON

8

9   Dated: January 18, 2011                ROSS E. LAMPE

10                                              MARCELL P. NERI

11

12                               By:  /s/ Ross E. Lampe_____

                                   ROSS E. LAMPE

13                                     Attorneys for Defendants

                                   BERKELEY BOWL PRODUCE, INC.,

14                                     TOSHA ANDERSON, and DAVID CRAIB

15

16

17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20  Dated: **1/24/2011**

21  **CLAUDIA WILKEN**

22  **Judge, United States District Court**

23

24

25

26

27

28