IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE BERMUDEZ,

    Plaintiff,

v.

CITY OF BERKELEY,

    Defendant.
_____/

No. C 10-02893 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Production of Documents by Third Party Respondents Toolworks, Inc. and Regional Center of the East Bay and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing date previously set for Thursday, March 10, 2011, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 2/3/2011

                                CLAUDIA WILKEN
                                United States District Judge

cc: Sue; Assigned M/J w/mo.