UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JOSE BERMUDEZ,<br>        Plaintiff, | No. C 10-2893 CW |
| v.<br>BERKELEY BOWL PRODUCE, INC., et al.,<br>        Defendants. | **ORDER RE: ATTENDANCE AT ENE**<br><br>Date:        March 11, 2011<br>Evaluator:  Edwin Wilson |

IT IS HEREBY ORDERED that the request for defendant Berkeley Bowl Produce, Inc.'s insurer representative, Mitchell Roberts, to be excused from personal attendance at the March 11, 2011 ENE session before Edwin Wilson is DENIED. The court finds that Mr. Roberts has not made adequate showing that his being required to appear in person at the ENE would cause him 'extraordinary or otherwise unjustifiable hardship' as required by ADR L.R. 5-10(d). Accordingly, the request is DENIED and Mr. Roberts is ORDERED to appear in person at the ENE.

IT IS SO ORDERED.

March 2, 2011          By:          *Elizabeth D. Laporte*
Dated                                  Elizabeth D. Laporte
                                       United States Magistrate Judge