1  Ross E. Lampe, SBN 172336
   MURO & LAMPE, INC.
2  75 Iron Point Circle, Suite 155
   Folsom, CA 95630
3  Telephone:  (916) 817-6300
   Facsimile:  (916) 817-6355
4  Email: Ross.Lampe@muro-lampe.com

5  Attorneys for Defendants Berkeley Bowl Produce, Inc., Tosha Anderson, and David Craib

6  Christopher R.A. Morray-Jones (SB # 256726)
   LAW OFFICES OF C. MORRAY-JONES
7  1611 Telegraph Avenue, Suite 910
   Oakland, CA 94612
8  Telephone:  (510) 444-0151
   Facsimile:   (510) 444-0150
9  Email: cm-j@m-jlaw.com

10 Attorney for Plaintiff JOSE BERMUDEZ

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 13  JOSE BERMUDEZ, | Case No.:  C10-02893 CW |
| 14          Plaintiff, | **STIPULATED REQUEST AND ORDER TO VACATE DATE OF RULE 12 MOTION HEARING PENDING DISMISSAL OF THE ACTION** |
| 15     v. | |
| 16  CITY OF BERKELEY; OFFICER RODERICK ROE # 81 in his capacity as an individual; | |
| 17  OFFICER JOHN JONES # 5 in his capacity as an individual; FORMER CHIEF OF POLICE | |
| 18  DOUGLAS N. HAMBLETON in his official capacity and in his capacity as an individual; | |
| 19  BERKELEY BOWL PRODUCE, INC.; TOSHA ANDERSON in her capacity as an individual; | |
| 20  DAVID CRAIB in his capacity as an individual; and DOES 1-100, | |
| 21          Defendants. | |
| 22  | |

23     The parties to the above action having reached a settlement agreement (contingent on

24  approval by the Berkeley City Council with respect to Defendants CITY OF BERKELEY,

**STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO VACATE RULE 12     Case No. C10-02893
MOTION HEARING DATE PENDING DISMISSAL OF THE ACTION**
-1-

FORMER OFFICER RODERICK ROE, OFICER JOHN JONES, and FORMER CHIEF DOUGLAS N. HAMBLETON only), Defendants BERKELEY BOWL PRODUCE, INC., TOSHA ANDERSON, and DAVID CRAIB, together with Plaintiff JOSE BERMUDEZ, by joint stipulation, hereby ask the Court to ORDER that the date of the hearing on Defendants' Motion to Dismiss (Rule 12(b)(6)) or for Judgment on the Pleadings (Rule 12(c)) Regarding Plaintiff's 13th, 14th, 15th, 16th, and 19th Causes of Action (docket # 51), currently set for Thursday, April 7 at 2:00 pm, be VACATED; and that the said hearing be indefinitely CONTINUED pending dismissal of the action.

IT IS SO STIPULATED.

Dated: 3/15/2011                                LAW OFFICES OF C. MORRAY-JONES

                                                By: s/C.R.A Morray-Jones
                                                    Christopher R.A. Morray-Jones
                                                    Attorney for Plaintiff Jose Bermudez

Dated: 3/15/2011                                MURO & LAMPE, INC.

                                                By: s/Ross E. Lampe
                                                    Ross E. Lampe
                                                    Attorney for Defendants Berkeley Bowl
                                                    Produce, Inc., Tosha Anderson, and
                                                    David Craib

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** except that the motions are denied without prejudice to re-noticing promptly if the settlement is not completed.

Date: 3/16/2011                                 Signed: _____
                                                        Claudia Wilken
                                                        United States District Judge